UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
NAVIG8 CHEMICALS ASIA PTE. LTD., : ECF CASE
:
　　　　　　　　　　Plaintiff, : 16 CV 9799 (LTS)
:
　　　against :
:
VEDANTA LIMITED, :
:
　　　　　　　　　　Defendant. :
:
-------------------------------------------------------------------------- x

<u>RULE 7.1 STATEMENT</u>

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, garnishee Macsteel International USA Corp. ("Macsteel"), by and through its undersigned attorneys, hereby states that Macsteel is 100% held by Macsteel International Trading Holdings, B.V., which is not publicly traded.

Dated: New York, New York
　　　　September 26, 2017

　　　　　　　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)

　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Neal Kronley*　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Kiera S. Gans
　　　　　　　　　　　　　　　　　　　　　　　　　　kiera.gans@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Neal F. Kronley
　　　　　　　　　　　　　　　　　　　　　　　　　　neal.kronley@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 335-4500 (phone)
　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 335-4501 (fax)

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Garnishee*
　　　　　　　　　　　　　　　　　　　　　　　*Macsteel International USA Corp.*